# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Brown, Joe B. | 2. Court or Organization<br><br>Middle District TN | 3. Date of Report<br><br>06/04/2013 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (Recall Full) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
|---|---|---|

**7. Chambers or Office Address**

Room 783 U.S. Courthouse
801 Broadway
Nashville, TN 37203

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

---

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee Assets listed Part VII line 222 | C S Trust, Under Will |
| 2. | Co-Trustee Assets listed Part VII line 221 | Y P Trust. Trust for Family Cemetary |
| 3. | Lecturer in Criminal Law | Nashville School of Law |
| 4. | Adjunct Professor of Law | Vanderbilt University School of Law |
| 5. | Custodian Assets listed Part VII line 128 | Uniform Gift to Minors, |
| 6. | Costodian " | Education Trust |
| 7. | Custodian " | Education Trust |
| 8. | Custodian " | Education Trust |
| 9. | Custodian " | Education Trust |
| 10. | Custodian " | Education Trust |
| 11. | Custodial " | Education Trust |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 06/04/2013 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/22/89 | Nashville School of Law, Agreement to teach a Course on Federal Criminal Law as scheduled. |
| 2. 4/5/06 | Vanderbilt University School of Law, Agreement to teach course on Pretrial Litigation |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Income from Flight and Scuba Instruction | $0 |
| 2. 2012 | Teaching Position Nashville School of Law | $6,522.00 |
| 3. 2012 | Teaching Posituion Vanderbilt School of Law | $5,000.00 |
| 4. 2012 | Tobacco buy out Settletment fund UDSA | $2,181.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Labs (ABT) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 2. Adidas (ADDYY) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 3. Adobe Systems (ADBE) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 4. Alerian MLP ETF (AMLP | A | Dividend | | | Sold | 4/26/12 | J | A | See Remarks |
| 5. Amazon (AMZN) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 6. American Beacon (AAIPX) | A | Dividend | J | T | Buy | 4/10/12 | J | | |
| 7. American Capital World Growth (CWGIX) | A | Dividend | J | T | Buy | 3/31/12 | J | | |
| 8. | | | | | Sold (part) | 4/26/12 | K | D | |
| 9. American Century Large Company Value (ALVIX) | A | Dividend | | | Buy | 4/10/12 | J | | |
| 10. | | | | | Sold | 4/18/12 | J | A | IRA all sold |
| 11. American Century Small Cap (ACVIX) | A | Dividend | | | Buy | 04/26/12 | K | | |
| 12. | | | | | Sold | 5/8/12 | K | | Sold at loss |
| 13. American Grwth Fund of America (AFAFX) | A | Dividend | J | T | Buy | 4/10/12 | J | | |
| 14. | | | | | Buy (add'l) | 4/19/12 | J | | |
| 15. American Europacfic Grwth (AEGFX) | A | Distribution | J | T | Buy | 4/10/12 | J | | |
| 16. American Express Stock (AXP) | A | Dividend | K | T | | | | | |
| 17. | | | | | Sold (part) | 5/1/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 8/10/12 | J | B | |
| 19. Apache Corp (APA) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 20. Apple (AAPL) | A | Dividend | K | T | Buy (add'l) | 4/26/12 | J | | |
| 21. Artio Global Invt Funds (JSCIX) | | None | | | Buy | 4/10/12 | J | | |
| 22. | | | | | Sold | 4/19/12 | J | | IRA Sold at loss |
| 23. Ascena Retail Group (ASNA) | A | Dividend | J | T | Buy | 7/05/12 | J | | |
| 24. AT&T (T) | A | Dividend | | | Sold | 4/26/12 | K | B | All sold |
| 25. Automatic Data Processing (ADP) | A | Dividend | J | T | Buy | 11/27/12 | J | | |
| 26. BB&T Corp (BBT) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 27. Bed Bath & Beyond (BBBY) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 28. Berkshire Hathaway (BRKZB) | | None | | | Sold | 4/26/12 | K | | All sold at loss |
| 29. Blackrock Core Bond Portfolio (BFMCX) | | None | | | Buy | 4/10/12 | J | | |
| 30. | | | | | Sold | 4/18/12 | J | | IRA sold at loss |
| 31. Blackrock Util and Telecom (MDGUX) | A | Dividend | J | T | | | | | |
| 32. Broad Com Corp (BRCM) | A | Dividend | J | T | Buy | 4/17/12 | J | | |
| 33. Canadian National Railway (CNI) | A | Dividend | | | Sold | 4/26/12 | J | B | |
| 34. Capitol One Finl (COF) | A | Dividend | J | T | Buy | 4/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Capital World Gr & Iinc Fund (CWGIX) | B | Dividend | K | T | | | | | |
| 36. Car Max Stock (KMX) | A | Dividend | | | Sold | 4/26/12 | J | D | |
| 37. Caterpiliter (CAT) | A | Dividend | J | T | Sold (part) | 4/26/12 | J | | Sold at loss |
| 38. Celegene Corp (CELG) | A | Dividend | J | T | Buy | 6/26/12 | J | | |
| 39. Centerpoint Energy (CNP) | | None | | | Buy | 4/26/12 | J | | |
| 40. | | | | | Sold | 5/3/12 | J | A | |
| 41. CF Industries Holding (CF) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 42. Chevron (CVX) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 43. Cisco Sys Inc (CSCO) | A | Dividend | J | T | Buy (add'l) | 4/26/12 | J | | |
| 44. CIT Group (CIT) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 45. CITIGROUP (C) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 46. CMS Energy (CMS) | A | Dividend | J | T | Buy | 5/3/12 | J | | |
| 47. Coach (COH) | A | Dividend | | | Buy | 4/26/12 | J | | |
| 48. | | | | | Sold | 10/09/12 | J | A | All sold |
| 49. Colgate Palmolive (CL) | A | Dividend | J | T | Buy | 10/31/12 | J | | |
| 50. Comcast (CMCSA) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 51. Comerica (CMA) | A | Dividend | | | Buy | 4/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 5/11/12 | J | | Sold at loss |
| 53. American Century Small Cap (ACVIX) | A | Dividend | J | T | Buy | 4/26/12 | K | | |
| 54. Credit Suisse (CRSOX) | | None | | | Buy | 4/10/12 | J | | |
| 55. | | | | | Sold | 4/18/12 | J | A | |
| 56. CVS/Caremark (CVS) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 57. Danahner (DHR) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 58. Disney Walt (DIS) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 59. Dodge & Cox (DODFX) | A | Dividend | K | T | Buy | 4/26/12 | K | | |
| 60. E M C Corp (EMC) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 61. Enegizer Hlodings (ENG) | A | Dividend | J | T | Buy | 11/9/12 | J | | |
| 62. Expres Scripts (ESRX) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 63. Exxon (XOM) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 64. Facebook Inc (FB) | A | Dividend | J | T | Buy | 12/12/12 | J | | |
| 65. Fedix (FDX) | A | Dividend | | | Sold | 5/4/12 | K | | Sold at loss |
| 66. First Eagle Overseas (SGIOX) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 67. Franklin TN School Dist Bonds | A | Interest | J | T | | | | | |
| 68. General Electric (GE) | A | Dividend | J | T | Buy | 4/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Goggle (GOOG) | | None | J | T | Buy | 4/26/12 | J | | |
| 70. | | | | | Sold (part) | 8/30/12 | J | A | |
| 71. Guggenhiem S&P Equal Weight (RSP) | A | Dividend | | | Sold | 4/26/12 | K | C | |
| 72. Guggenheim S&P Mid Cap 400 (RFG) | A | Dividend | | | Sold | 5/4/12 | J | | Sold at loss |
| 73. Guggenheim Small Cap 600 (RZG) | A | Dividend | | | Sold | 4/26/12 | J | A | |
| 74. Halliburton (HAL) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 75. Health Stream Stock (HSTM) | | None | K | T | Buy | 5/10/12 | K | | |
| 76. | | | | | Buy (add'l) | 6/22/12 | J | | |
| 77. Heartlandvalue plus (HNVIX) | A | Dividend | K | T | Buy | 5/10/12 | K | | |
| 78. Hologic (HOLX) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 79. Home Depot (HD) | A | Dividend | | | Buy | 4/26/12 | J | | |
| 80. | | | | | Sold | 5/9/12 | J | | Sold at loss |
| 81. Hotckins & Wiley FDS (HWSIX) | A | Distribution | J | T | Buy | 5/10/12 | J | | |
| 82. | | | J | T | Buy | 6/22/12 | J | | |
| 83. ING Intermediate Bond Fund (IIBWX) | A | Dividend | J | T | Buy | 4/10/12 | J | | |
| 84. Intel Stock (INTC) | A | Dividend | K | T | Buy (add'l) | 4/26/12 | J | | |
| 85. Intuit (INTU) | | None | | | Buy | 4/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 6/12/12 | J | | Sold at loss |
| 87. International Business Machine (IBM) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 88. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 89. Intercontentialexchange (ICE) | A | Dividend | J | T | Buy | 5/30/12 | J | | |
| 90. Ishares Barclay Aggregate Bond FD (AGG) | A | Int./Div. | | | Buy | 7/10/12 | J | | |
| 91. | | | | | Sold (part) | 9/7/12 | J | A | |
| 92. | | | | | Sold (part) | 10/2/12 | J | A | |
| 93. | | | | | Sold | 12/21/12 | J | | All sold at loss |
| 94. Ishares TR Russell (IWM) | | None | | | Buy | 4/26/12 | J | | |
| 95. | | | | | Sold | 5/3/12 | J | | Sold at loss |
| 96. IsharesTR S&P (MUB) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 97. | | | | | Buy (add'l) | 7/25/12 | J | | |
| 98. Ishares MSCCI EMU Index (EZU) | A | Dividend | J | T | Buy | 9/10/12 | J | | |
| 99. | | | | | Buy (add'l) | 12/24/12 | J | | |
| 100. Ishares MSCI EAFE IDX (EFA) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 101. Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 102. JPMORGAN (JPM) | A | Dividend | J | T | Buy | 10/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Kraft Foods (KFT) | A | Dividend | | | Buy | 4/12/12 | J | | |
| 104. | | | | | Sold | 10/12/12 | J | A | |
| 105. LeggMason (LGEMX) | A | Dividend | J | T | Buy | 4/10/12 | J | | |
| 106. | | | | | Buy (add'l) | 6/22/12 | J | | |
| 107. LKCM Small Cap (LKSCX) | | None | | | Buy | 4/26/12 | J | | |
| 108. | | | | | Sold | 5/11/12 | J | | Sold at loss |
| 109. LKCM Small-Mid Cap Equity (LKSMX) | A | Dividend | K | T | Buy | 5/10/12 | K | | |
| 110. McGraw Hill Cos (MHP) | A | Dividend | J | T | Buy | 7/17/12 | J | | |
| 111. | | | | | Buy (add'l) | 6/19/12 | J | | |
| 112. Merc & Company (MRK) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 113. Metlife (MET) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 114. Microsoft Stock (MSFT) | A | Dividend | K | T | Buy (add'l) | 4/26/12 | J | | |
| 115. | | | | | Buy (add'l) | 5/3/12 | J | | |
| 116. Mondelez (MDLZ) | | None | | | Buy | 10/2/12 | J | | |
| 117. | | | | | Sold | 11/8/12 | J | A | |
| 118. Monsanto (MON) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 119. Morgan Stanley (MS) | A | Dividend | J | T | Buy | 9/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Morgan Stanley Mutual Fund (VADBX) (Retirement account) | A | Dividend | J | T | | | | | |
| 121. Motorola Solutions (MSI) | A | Dividend | J | T | Buy | 6/12/12 | J | | |
| 122. Nashville School of Law IRA Invesco S&P 500 (VADAX) | A | Int./Div. | | | Sold | 2/21/12 | J | A | All sold |
| 123. Nashville School of Law IRA Unit FT GBL Div LDR | A | Dividend | J | T | Buy | 2/22/12 | J | | |
| 124. Nashville School of Law IRA Van Kamplen EAFE Select 20 | A | Int./Div. | J | T | | | | | |
| 125. National-Oil Well Varco (NOV) | A | Dividend | J | T | Buy | 5/3/12 | J | | |
| 126. New Perspective Mutual Fund (ANWPX) | A | Dividend | | | Sold | 4/26/12 | J | A | |
| 127. Occidental Pete Co (OXY) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 128. OHIO College Advantage 529 plan (ALL GC) | B | Dividend | N | T | Buy (add'l) | 10/15/12 | K | | See Section VIII |
| 129. Omnicom Group (OMC) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 130. Oracle Corp (ORCL) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 131. Paychex (PAYX) | A | Dividend | | | Sold | 4/26/12 | J | A | |
| 132. Peoples United Financial (PBCT) | A | Dividend | | | Buy | 4/26/12 | J | | |
| 133. | | | | | Sold | 5/3/12 | J | | Sold at loss |
| 134. Pepisco Inc (PEP) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 135. Petsmart (PETM) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 136. Phillip Morrris (PN) | A | Dividend | J | T | Buy | 4/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. PIMCO Total Return (PTTRX) | A | Dividend | J | T | Buy | 4/19/12 | J | | |
| 138. Polo Ralph Lauren (RL) | A | Dividend | | | Sold | 4/26/12 | K | C | |
| 139. Powershares S&P ETF Small Cap (PSCE) | A | Dividend | | | Sold | 4/26/12 | J | | Sold at loss |
| 140. Powershares Dynamitic Energy (PXI) | A | Dividend | | | Sold | 4/26/12 | J | | Sold at loss |
| 141. PPG Industries (PPG) | A | Dividend | | | Buy | 4/26/12 | J | | |
| 142. | | | | | Sold | 7/10/12 | J | | Sold at loss |
| 143. Principal Financial (PFG) | A | Dividend | | | Buy | 4/26/12 | J | | |
| 144. | | | | | Sold | 8/20/12 | J | | Sold at loss |
| 145. Qualcomm Inc (QCOM) | A | Dividend | J | T | Buy | 10/17/12 | J | | |
| 146. Quest Diagnostics (DGX) | A | Dividend | | | Buy | 4/26/12 | J | | |
| 147. | | | | | Sold | 6/26/12 | J | | Sold at loss |
| 148. Royal Caribbean Cruises (RCL) | A | Dividend | J | T | Open | 10/31/12 | J | | |
| 149. Rydex ETF S&P 500 Equal Weight (RSP) | A | Dividend | J | T | | | | | |
| 150. Rydex S&P Pure Gr Mid Cap ETF (RFG) | A | Dividend | J | T | | | | | |
| 151. Rydex S&P Small Cap ETF (RZG) | A | Dividend | J | T | | | | | |
| 152. SPDR Gold Trust (GLD) | A | Dividend | J | T | Buy | 10/2/12 | J | | |
| 153. SPDR S&P Mid Cap 400 (MDY) | A | Dividend | J | T | Buy | 5/3/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| NONE (No reportable income, assets, or transactions.) |
|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  SPDR Series Trust (TFI) | A | Dividend | | | Buy | 4/26/12 | J | | |
| 155. | | | | | Sold | 10/5/12 | J | A | |
| 156.  Spectra Energy Corp (SE) | A | Dividend | | | Buy | 4/26/12 | J | | |
| 157. | | | | | Sold | 5/15/12 | J | | Sold at loss |
| 158.  Stanley Black & Decker (SWK) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 159.  Target Corp (TGT) | A | Dividend | J | T | Buy | 7/27/12 | J | | |
| 160.  TCW Relative Value large cap (TGDIX) | A | Dividend | J | T | Buy | 4/20/12 | J | | |
| 161. | | | | | Buy (add'l) | 4/19/12 | J | | |
| 162.  Tenet Health Care Stock (THC) | A | Dividend | | | Sold | 4/26/12 | J | | Sold at loss |
| 163.  Texas instruments (TXN) | A | Dividend | | | Buy | 4/26/12 | J | | |
| 164. | | | | | Sold | 7/11/12 | J | | Sold at loss |
| 165.  Thermo Fisher Scientific (TMO) | A | Dividend | J | T | Buy | 5/9/12 | J | | |
| 166.  Thornburg Intl Value (TGVIX) | A | Dividend | K | T | Buy | 4/26/12 | K | | |
| 167.  Tractor Supply (TSCO) | A | Dividend | J | T | Buy | 10/19/12 | J | | |
| 168.  Transdigm Group (TDG) | A | Dividend | | | Buy | 4/26/12 | J | | |
| 169. | | | | | Sold | 12/13/12 | J | A | All sold |
| 170.  Travelers Cos Inc (TRV) | A | Dividend | J | T | Buy | 5/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Tysou Foods inc (TSN) | A | Dividend | J | T | Buy | 8/31/12 | J | | |
| 172. United Parcel Service (UPS) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 173. United Techonologies Corp (UTX) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 174. Unilever N V N Y Shrs (UN) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 175. USAA Agressive Grwth Fund (UIAGX) | A | Dividend | J | T | Buy | 4/10/12 | J | | |
| 176. | | | | | Buy (add'l) | 4/18/12 | J | | |
| 177. USAA Emerging Markets (UIEMX) | A | Dividend | K | T | Buy | 4/26/12 | K | | |
| 178. USAA High Income Fund (UIHIX) | A | Dividend | J | T | Buy | 4/10/12 | J | | |
| 179. USAA Income Fund Institutional Shares (UIINX) | A | Int./Div. | J | T | Buy | 4/10/12 | J | | |
| 180. USAA Managed Allocation (UMFAX) | A | Int./Div. | J | T | Buy | 4/10/12 | J | | |
| 181. USAA Precious Metals & Minersls Funds (UIPMX) | A | Int./Div. | | | Buy | 4/10/12 | J | | |
| 182. | | | | | Buy (add'l) | 4/26/12 | J | | |
| 183. | | | | | Sold | 10/2/12 | J | A | |
| 184. USAA Real Return UIRRX) | A | Int./Div. | J | T | Buy | 4/10/12 | J | | |
| 185. USAA Short Term Bond Fund (UISBX) | A | Int./Div. | J | T | Buy | 4/10/12 | J | | |
| 186. | | | | | Buy (add'l) | 4/19/12 | J | | |
| 187. | | | | | Sold (part) | 6/19/12 | J | | IRA part sold no gain |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. USAA S&P Index (USPRX) | A | Dividend | J | T | Buy | 4/10/12 | J | | |
| 189. | | | | | Buy (add'l) | 4/15/12 | J | | |
| 190. USAA Tax Exempt Intermediate Term(USATX) | A | Int./Div. | L | T | Buy | 4/26/12 | L | | |
| 191. | | | | | Sold (part) | 7/10/12 | J | A | |
| 192. USAA Tax Exempt Long Term (USTEX) | A | Int./Div. | K | T | Buy | 4/26/12 | K | | |
| 193. | | | | | Sold (part) | 7/10/12 | J | A | |
| 194. USAA Tax Exempt Short Term (USSTX) | A | Int./Div. | K | T | Buy | 4/26/12 | K | | |
| 195. | | | | | Sold (part) | 7/10/12 | J | A | |
| 196. USAA Bank Accounts | A | Int./Div. | J | T | Open | 1/1/12 | K | | Checking accounts |
| 197. Vaguard Dividend Appreciation (VIG) | A | Dividend | J | T | Buy | 5/4/12 | J | | |
| 198. | | | | | Sold (part) | 7/25/12 | J | | Sold at loss |
| 199. Vanguard MSCI Emerging Markets ETF (VWO) | A | Int./Div. | K | T | Buy (add'l) | 11/16/12 | J | | |
| 200. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 201. | | | | | Sold (part) | 4/26/12 | J | | Sold at loss |
| 202. | | | | | Sold (part) | 9/10/12 | J | | Sold at loss |
| 203. Varian Medical Systems (VAR) | A | Dividend | J | T | Buy | 6/26/12 | J | | |
| 204. Virtus Quality Small Cap (PXQSX) | A | Dividend | J | T | Buy | 4/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Vodaphone Group PLC (VOD) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 206. Wabtec Corp (WAB) | A | Dividend | J | T | Buy | 4/26/12 | J | | |
| 207. Wal Mart Stock (WMT) | B | Dividend | L | T | | | | | |
| 208. Wells Fargo Stock (WFC) | A | Dividend | K | T | Buy (add'l) | 4/26/12 | J | | |
| 209. Wells Fargo CMA, Checking | A | Interest | J | T | | | | | |
| 210. Wells Fargo Sweep Accounts IRA and 60 and 57 Accounts | A | Interest | J | T | | | | | |
| 211. Wesco International (WCC) | A | Dividend | | | Buy | 4/26/12 | J | | |
| 212. | | | | | Sold | 12/13/12 | J | | All sold at loss |
| 213. Western District Warehouse Stock | A | Dividend | J | U | | | | | No market. Restricted stock |
| 214. Wisdomtree Trust JP Total Dividend Fund (DXJ) | A | Dividend | J | T | Buy | 12/24/12 | J | | |
| 215. Xlinix (XLNX) | A | Dividend | | | Buy | 4/26/12 | J | | |
| 216. | | | | | Sold | 7/17/12 | J | | Sold at loss |
| 217. 1/2 Interest ▓▓▓▓▓, Taylorsville, KY | A | Rent | N | W | | | | | |
| 218. 1/2 Interest ▓▓▓▓▓, Laporte, IN | F | Rent | O | W | | | | | |
| 219. Fidelity Mutual Life Ins Co. | A | Interest | J | T | | | | | |
| 220. Mass Mutual Life Insurance Policies | B | Dividend | M | T | | | | | |
| 221. Peoples Bank Taylorsville Sav Act (Family Cemetary Trust) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  REGIONS BANK C S Trust | A | Interest | J | T | | | | | Cloesd in 2013 |
| 223.  REGIONS Bank, Nashville Checking | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Brown, Joe B. | 06/04/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII
Line 128 This includes all funds ⬚⬚⬚⬚⬚ as Custodian Part I lines 5-11 in OHIO 529 College Plan . All shares managed by Blackrock

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 06/04/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Joe B. Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

*Joe B. Bro*
*United Stat*